IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DATACOM SYSTEMS, INC.                                                                           PLAINTIFF

v.                              Civil No. 6:08-cv-6102

JDL DIGITAL SYSTEMS, INC., *et al*                                                              DEFENDANTS

### ORDER

**BEFORE** the Court are Defendant JDL Digital Systems, Inc.'s Motion for Contempt (Doc. No. 52). This motion has been referred to the undersigned for decision. The Plaintiff has responded to the Motion for Contempt. After review of both the Motion and Response the Court finds that said Motion should be Denied.

**IT IS ORDERED** Defendant JDL Digital Systems, Inc.'s Motion for Contempt (Doc. No. 52) is **DENIED**.

**DATED** this **21ᵗʰ day of December, 2009.**

        /s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE